UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| **UNITED STATES of AMERICA,** | **CASE NO. 5:23-CR-46-KKC** |
| **Plaintiff,** | |
| V. | **OPINION AND ORDER** |
| **JADYN R. SLEET,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a Motion to Dismiss the Indictment by Defendant Jadyn R. Sleet. (DE 18.) Sleet was indicted for possessing a firearm as a convicted felon in violation of 18 U.S.C. § 922(g)(1). (DE 1.) Sleet's prior felony convictions include: (1) wanton endangerment in the first degree; (2) carrying a concealed deadly weapon; and (3) minor in possession of a firearm. (DE 18 at 1; DE 22 at 2.) Sleet now presents as applied and facial challenges to § 922(g)(1).

Sleet argues that the Second Amendment requires his indictment be dismissed unless the government can show that § 922(g)(1) is consistent with our Nation's historical tradition of firearm regulation. Judge Van Tatenhove extensively analyzed this issue in *United States v. Goins*, No. 522CR00091GFVTMAS1, 2022 WL 17836677 (E.D. Ky. Dec. 21, 2022). The Court agrees with that analysis and finds it applicable to this case. For the reasons stated in Judge Van Tatenhove's opinion, the Court finds that 18 U.S.C. § 922(g)(1) is not unconstitutional as applied to Sleet because his prior felonies represent a serious and direct threat to public safety.

To the extent that Sleet argues that 18 U.S.C. § 922(g)(1) is facially unconstitutional, that claim fails because the statute is valid under the present circumstances. *See United States v. Salerno*, 481 U.S. 739, 745 (1987) ("A facial challenge to a legislative Act is . . . the most difficult to mount successfully, since the challenger must establish that no set of circumstances exists under which the Act would be valid.").

Accordingly, the Court hereby ORDERS as follows:

1)   Sleet's motion to dismiss (DE 18) is **DENIED**.

This 14th day of September, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY